IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01490-DME-MJW

FEDWA KHALIK,

Plaintiff(s),

v.

UNITED AIR LINES,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the Unopposed Motion to Vacate and Reschedule Scheduling Conference, DN 9, filed with the Court on July 22, 2010, is GRANTED. The Scheduling Conference set on August 20, 2010, at 3:00 p.m., is VACATED and RESET on September 15, 2010, at 9:30 a.m., in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. The parties shall submit their proposed Scheduling Order on or before September 9, 2010.

Date: July 23, 2010